# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2991
LT Case No. 2020-1139-CFMA

_____

GEORGE DENGLER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

Valarie Linnen, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.

April 23, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____